IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JERMAINE ALEXANDER RAMSEY                                                PLAINTIFF

V.                                       CIVIL ACTION NO. 4:18-CV-00178-RP

MANAGEMENT TRAINING & CORPORATION, et al.          DEFENDANTS

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered today, Defendants' motions for summary judgment [97][99] are **GRANTED**. All Defendants are **DISMISSED** from this action.

**SO ORDERED**, this the 15th day of October, 2019.

                                             /s/ Roy Percy
                                             UNITED STATES MAGISTRATE JUDGE